IDA L. THOMAS, Respondent, v. JAY E. SMITH, Defendant, and LOIS S. ROGERS et al., Defendants-Appellants.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of LAMAR S. CLARK, as Administrator *de bonis non* of the Estate of BYRON S. CLARK, Deceased, Appellant. MARGARET C. SHILOH, as Administratrix of the Estate of LLOYD CLARK, Deceased, Respondent.— (The order denies petitioner's application to compel the administrator to further account.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of FLORENCE E. CAMPBELL, Individually, and FLORENCE E. CAMPBELL et al., Executors of ALICE M. CAMPBELL, Deceased, Respondents, against IRVING H. LESSEN, Appellant.— (The order refers the issues to an official referee to hear and report in a proceeding to compel defendant to surrender to petitioners certificates of stock claimed to have been illegally received by him as compensation for legal services.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

JOE UNETIC, Respondent, v. WILLIAM NIXON, Appellant. MARY UNETIC, Respondent, v. WILLIAM NIXON, Appellant. ANNA MARKUSIC, Respondent, v. WILLIAM NIXON, Appellant.— (The order dismisses defendant's motion to dismiss the complaints in all actions, without prejudice to defendant's right to plead the Statute of Limitations in his answer.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

HERBERT GREEN, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 26198.) (The judgment is for claimant on a claim for damages for personal injuries sustained by claimant while he was operating a machine in Auburn State Prison.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

ADELINE HALL, as Administrator of the Estate of FRANK R. HALL, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 25086.)— (The judgment dismisses a claim for damages for the death of claimant's intestate alleged to have been sustained by reason of the negligent condition of State roadway.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ. [173 Misc. 903.]

DUNBAR & SULLIVAN DREDGING COMPANY, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 25371.) All concur, except Dowling and McCurn, JJ., who dissent and vote for affirmance. (The judgment is for claimant on a claim against the State under a construction contract.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.